In the Matter of JAMES NORTON, Respondent, against JOHN F. O'CONNELL et al., Individually and as Members of the State Liquor Authority, Appellants.

Argued January 18, 1954; decided March 11, 1954.

*William Hoppen* and *Alvin McKinley Sylvester* for appellants. *Monroe I. Katcher, II,* for respondent.

Appeal dismissed, with costs. (See *Matter of Glenram Wine & Liquor Corp.* v. *O'Connell,* 295 N. Y. 336.) No opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.